# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PUGET BIOVENTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP. (D/B/A STRYKER ORTHOPAEDICS),<br><br>Defendants. | Civil Action No. 17-4703-MCA-LDW<br><br>District Judge Madeline C. Arleo<br>Magistrate Judge Leda D. Wettre |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND ORDERED that all claims and counterclaims asserted by the parties in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorney's fees.

SO STIPULATED:

Dated: June 11, 2018

By: /s/ Rebekah R. Conroy
Rebekah R. Conroy
**STONE CONROY LLC**
E-mail: rconroy@stoneconroy.com
25A Hanover Road, Suite 301
Florham Park, NJ 07932
Telephone: (973) 400-4181
Facsimile: (973) 498-0070

**ROBINS KAPLAN LLP**
RONALD J. SCHUTZ (MN 0130849)
(admitted *pro hac vice*)
PATRICK M. ARENZ (MN 0386537)
(admitted *pro hac vice*)
SHARON E. ROBERG-PEREZ (MN 0348272) (admitted *pro hac vice*)

By: /s/ Gregory S. Gewirtz
Gregory S. Gewirtz
E-mail: ggewirtz@lernerdavid.com
Robert B. Hander
E-mail: rhander@lernerdavid.com
**LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP**
600 South Avenue West
Westfield, NJ 07090
Tel: 908.654.5000
Fax: 908 654.7866

*Attorneys for Defendants Stryker Corporation and Howmedica Osteonics Corp. (d/b/a Stryker Orthopaedics)*

MARY PHENG (MN 0398500)
(admitted *pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

RAYNA E. KESSLER
NJ ID No. 031782010
399 Park Ave., Suite 3600
New York, NY 10022
Telephone: (212) 980-7431
Facsimile: (212) 980-7499

*Attorneys for Plaintiff Puget BioVentures, LLC*

SO ORDERED THIS 14 day of June, 2018.

Madeline Cox Arleo
United States District Judge

2